IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:09-CV-126-FL

DR. ELIZABETH GAIL MARSAL,

    Plaintiff,

v.

EAST CAROLINA UNIVERSITY and DR. JAMES F. ANDERSON,

    Defendants.

VERDICT FORM

## VERDICT

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS**

### FIRST CLAIM -- SEX DISCRIMINATION CLAIM AGAINST EAST CAROLINA UNIVERSITY

**Q1.** Has Dr. Marsal proved by a preponderance of the evidence that her sex was a motivating factor in East Carolina University's decision to deny her tenure and promotion?

    YES __✓__        NO _____

If your answer to Question 1 is **"NO,"** then go to Question 4.
If your answer to Questions 1 is **"YES,"** then answer Question 2.

**Q2.** Has East Carolina University proved by a preponderance of the evidence that it would have denied Dr. Marsal tenure and promotion even if it had not considered her sex when making that decision?

    YES __✓__        NO _____

If your answer to Question 2 is **"YES,"** then go to Question 4.

If your answer to Question 2 is "NO," then answer Question 3.

> **Q3.** Under the instructions the judge has given to you, state the amount of compensatory damages East Carolina University should pay for the harm that Dr. Marsal has proved by a preponderance of the evidence that she suffered as a result of East Carolina University's decision to deny her tenure and promotion.
>
> AMOUNT: $_____

## SECOND CLAIM – EQUAL PROTECTION CLAIM AGAINST DR. ANDERSON

> **Q4.** Has Dr. Marsal proved by a preponderance of the evidence that Dr. Anderson intentionally discriminated against her because of her sex when he decided not to recommend her for tenure and promotion?
>
> YES _____ NO ✓

If your answer to Question 4 is "NO," then go on to Question 8.
If your answer to Question 4 is "YES," then answer BOTH Question 5 and Question 6.

> **Q5.** Under the instructions the judge has given to you, state the amount of actual damages Dr. Anderson should pay for the harm that Dr. Marsal has proved by a preponderance of the evidence that she suffered as a result of Dr. Anderson's decision not to recommend her for tenure and promotion.
>
> AMOUNT: $_____

> **Q6.** Under the instructions the judge has given to you, do you find that punitive damages are warranted against Dr. Anderson?
>
> YES _____ NO _____

If your answer to Question 6 is "YES," then answer Question 7.

If your answer to Question 6 is "**NO**," then go to Question 8.

> **Q7.** Under the instructions the judge has given to you, state the amount of punitive damages Dr. Anderson should pay Dr. Marsal?
>
> AMOUNT: $_____

## THIRD CLAIM – RETALIATION FOR EXERCISE OF RIGHTS UNDER THE FAMILY AND MEDICAL LEAVE ACT

> **Q8.** Has Dr. Marsal proved by a preponderance of the evidence that her exercise of her rights under the FMLA was a motivating factor in East Carolina University decision to deny her tenure and promotion?
>
> YES ✓   NO ____

If you answer Question 8 is "**No**," then go to the Signature Instructions.
If you answer Question 8 "**Yes**," then answer Questions 9.

> **Q9.** Has East Carolina University proved by a preponderance of the evidence that it would have denied Dr. Marsal tenure and promotion even if it had not considered her exercise of her FMLA rights when making that decision?
>
> YES ✓   NO ____

If you answer Question 9 "**Yes**," then go to Signature Instructions.
If you answer Question 9 "**No**," then answer Question 10.

> **Q10.** Under the instructions the judge has given to you, state the amount of wages, salary, and employment benefits plaintiff lost as a result of ECU's violation of her rights under FMLA?
>
> AMOUNT: $_____

Once you have answered the necessary questions in accordance with the instructions, the Foreperson must sign and date this Verdict Sheet.

**SO SAY WE ALL**

2-1-12
DATE