UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DR. ELIZABETH GAIL MARSAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EAST CAROLINA UNIVERSITY, a ) <br> constituent of the University of North ) <br> Carolina and DR. JAMES F. ANDERSON, ) <br> in his individual capacity and official ) <br> capacity, ) <br> ) <br> Defendants. ) | JUDGMENT <br><br> No. 4:09-CV-126-FL |

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' Motion for Summary Judgment. Subsequent to the court's ruling as to this motion, the remaining claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding. During the course of the trial, the court granted in part an oral Motion for Judgment as a Matter of Law pursuant to Fed.R.Civ.P. 50(a) and the jury rendered a verdict as to the remaining claims.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on February 17, 2012, and Copies To:**

Mary-Ann Leon (via CM/ECF Notice of Electronic Filing)
John P. Scherer, II (via CM/ECF Notice of Electronic Filing)
Kimberly D. Potter (via CM/ECF Notice of Electronic Filing)

February 17, 2012            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk