IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:09-CV-126-FL

| | |
|---|---|
| DR. ELIZABETH GAIL MARSAL,<br><br>Plaintiff,<br><br>v.<br><br>EAST CAROLINA UNIVERSITY, a constituent of the University of North Carolina, and Dr. James Anderson, in his individual capacity and official capacity,<br><br>Defendants. | DECLARATION OF ANNE W. JENKINS |

I, Anne W. Jenkins, being first duly sworn depose and say:

1. I am an adult over age 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2. I am employed at East Carolina University (ECU) as Associate Vice Chancellor for Financial Services. I have held this position since May 2006.

3. As Associate Vice Chancellor for Financial Services, I have oversight over the financial records of the university. In my position, I have reviewed the university's financial records and have attached to the present declaration a chart (Exhibit A) detailing all of the expenses paid for the defense of the above captioned lawsuit. These costs detailed in Exhibit A are correct and necessary to the defense of the Plaintiff's lawsuit and were actually incurred or performed. I have also included expenses which have been invoiced for the defense of the present lawsuit and which payment is pending and

forthcoming. The total expenses incurred for the defense against Plaintiff's lawsuit total $15,008.95.

4. The costs incurred after August 11, 2010, for defense against Plaintiff's lawsuit total $11,908.94.

5. I state facts herein within my personal knowledge and/or based on a review of university records.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Affiant further sayeth not.

Executed this the 29th day of February 2012.

*Anne W. Jenkins*
Anne W. Jenkins
Associate Vice Chancellor for Financial Services
East Carolina University

# EXHIBIT A

# Paid Expenses in Marsal v. ECU
4:09-CV-126-FL

1) April 4, 2008
   Carolina Court Reporters, Inc.
   Invoice Number: 16627.BGN
   Case: ECU Faculty Senate Hearing $2,030.00

2) June 8-9, 2010
   John P. Scherer, II
   Invoice Number: 1009574
   Transportation: $152.74
   Gas: $41.62 $194.36

3) June 9, 2010
   Carolina Court Reporters, Inc.
   Invoice Number: 19946.PBK
   Deponent: Madhava Bodapati $875.65

   August 24, 2010 and August 26, 2010
   Carolina Court Reporters, Inc.
   Invoice Number: 20192.ABM
   Deponent: Dr. James F. Anderson $753.15

   August 25, 2010
   Carolina Court Reporters, Inc.
   Invoice Number: 20196.PBK
   Deponent: Dr. Margie Gallagher $282.00

   August 26, 2010
   Carolina Court Reporters, Inc.
   Invoice Number: 20230.PBK
   Deponent(s): Dr. Marilyn Sheerer; Dr. Gerald Mark Jones $327.00

   September 3, 2010
   Carolina Court Reporters, Inc.
   Invoice Number: 20247.ABM
   Deponent: Dr. Steve Ballard $77.25

4) Requisition Summary – 21677218

    August 17-September 1, 2010
    John P. Scherer, II
    Invoice Number(s): 1009680 and 1009810
    Rental Car: $274.15
    Personal Car: $51.00
    Gas: $106.61
    Meals: $16.75      $448.51

    September 1, 2010
    Carolina Court Reporters, Inc.
    Invoice Number: 20273.PBK
    Deponent: Dr. Elizabeth Gail Marsal      $804.90

    September 3-9, 2010
    John P. Scherer, II
    Invoice Number: 1009680
    Personal Car: $51.00
    Rental Car: $133.15
    Airplane: $831.40
    Meals: $65.00
    Hotel: $132.25
    Baggage: $50.00
    Toll Fee: $1.60
    Parking Fee: $20.00      $1,284.40

    October 13, 2010
    John P. Scherer, II
    Invoice Number: 1009680
    Rental Car: $91.13
    Gas: $25.09
    Meal: $16.75      $132.97

    October 13, 2010
    Patterson Harkavy, LLP
    Invoice Date: November 3, 2010
    Mediation: $2,250.00 50% $1,125.00
    Travel: $500.00 50% $250.00
    Mileage: $85.00 50% $42.50      $1,417.50

5) Requisition Summary – 21676637

    September 7, 2010 and September 9, 2010
    Kathryn Greene, PhD
    Preparation for Deposition: $525.00
    Deposition: $1,425.00      $1,950.00

6) Summary Requisition – 18279211

    September 9, 2010
    Stotz Court Reporting
    Invoice Number: 100034
    Re: Kathryn Greene                                                            $1,213.85

7) January 17, 2012
    Kathryn Hart Wetherington
    Travel Request #2930
    Mileage                                                                           $33.00

    January 25-27, 2012
    Kathryn Hart Wetherington
    Travel Request #2860
    Mileage                                                                              $99.00

    January 30-February 1, 2012
    Kathryn Hart Wetherington
    Travel Request #3115
    Mileage                                                                              $99.00

# Expenses Pending Payment in Marsal v. ECU
## 4:09-CV-126-FL

8) January 17, 2012
North Carolina Department of Justice
Reimbursement of Travel and Other Expenses Incurred
Kimberly D. Potter
Rental Car: $91.25
Gas: $35.43                                                                 $126.68

9) January 20-February 2, 2012
NC Department of Administration
Motor Fleet Management Division
Tom Ziko
Vehicle                                                                     $264.00

10) January 23-27, 2012
Holiday Inn Express
James Anderson                                                              $417.18

January 29-30, 2012
Holiday Inn Express
James Anderson                                                              $103.73

January 30-31, 2012
Holiday Inn Express
James Anderson                                                              $103.73

January 23-31, 2012
Meals: $197.75
Mileage: $66.00                                                             $263.75

11) February 1, 2012
North Carolina Department of Administration
Motor Fleet Management
Reimbursement Request
Kimberly D. Potter
Gas                                                                         $25.00

12) February 2, 2012
Carolina Court Reporters, Inc.
Invoice Number: 22425.MB
Video Deposition Editing: $240.00
Previously Mailed-Overnight Saturday Shipping: $45.00                       $285.00

13) January 23-27, 2012
    January 29-February 2, 2012
    Reimbursement Request for Kimberly Potter
    Hotel and per diem                                      $666.92

14) January 23-27, 2012
    January 29-February 1, 2012
    Reimbursement Request for Tom Ziko
    Hotel and per diem                                      $598.42

15) January 24-January 30, 2012
    Margie Gallagher
    Mileage                                                 $132.00

                                                      ===========

                Total Paid Expenses:                    $12,022.54
                Total Outstanding Expenses:              $2,986.41

                                    Total:             $15,008.95

            Costs Incurred after August 11, 2010:      $11,908.94